No. 168.   HOLLEY *v.* GEORGIA.

October 13, 1941.   *Per Curiam:* The motion to strike the motion to dismiss is denied. The motion to dismiss is granted, and the appeal is dismissed for want of a properly presented federal question. *McCorquodale* v. *Texas,* 211 U. S. 432, 436–37; *Forbes* v. *State Council of Virginia,* 216 U. S. 396, 398–99; § 6–1607, Code of Georgia of 1933; Rule 40 (c) of the Supreme Court of Georgia. The motion for leave to proceed further *in forma pauperis* is therefore denied. *Mr. W. K. Miller* for appellant. *Mr. Ellis Arnall,* Attorney General of Georgia, for appellee.

No. 666, October Term, 1940.   DETROLA RADIO & TELEVISION CORP. *v.* HAZELTINE CORPORATION.   October 13, 1941.   The opinion is amended by substituting the figure "8" for the figure "9" in the seventh line of the third paragraph of the opinion. The petition for rehearing is denied.

Opinion reported as amended, 313 U. S. 261.

No. 196.   FERGUSON *v.* UNITED STATES.   October 14, 1941.   Order denying petition for writ of certiorari, *post,* p. 623, withheld on motion of *Mr. William D. Donnelly* for the petitioner.